BEFORE THE SECOND DIVISION, SEPTEMBER 11, 1963

No. 67973.—Allies' Products Corporation *v.* United States, protest 62/713 (Tampa).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "Measuring Bridge No. ELM-045," is an article having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.